# DPOR License Lookup License Number 2705107129

## License Details

|  |  |
|---|---|
| Name | VIOREL DRAGHIA |
| DBA Name | DRAGHIA PAINTING & CONTRACTING CO |
| License Number | 2705107129 |
| License Description | Contractor |
| Firm Type | Sole Owner/Proprietorship |
| Rank [1] | Class A |
| Address | 13336 POCOMOKE CT, WOODBRIDGE, VA 22192 |
| Specialties [2] | Commercial Building (CBC) |
|  | Residential Building (RBC) |
| Initial Certification Date | 2006-06-01 |
| Expiration Date | 2024-06-30 |

1   Refer to the Statutory Definitions (http://law.lis.virginia.gov/vacode/title54.1/chapter11/section54.1-1100/) for descriptions of the rank or class of license (A, B, or C) that determines the monetary limits on contracts/projects.

2   Refer to the Classification Definitions (https://law.lis.virginia.gov/admincode/title18/agency50/chapter22/section20/) and Specialty Definitions (https://law.lis.virginia.gov/admincode/title18/agency50/chapter22/section30/) for detailed definitions of these classifications and specialties.

The data located on this website are not the public records of the Department of Professional and Occupational Regulation (DPOR). All public records are physically located at DPOR's Public Records Section: 9960 Mayland Drive, Suite 400, Richmond, VA 23233. While DPOR works to ensure the accuracy of the data provided online, the data available on these pages are updated routinely but may not be up to date at all times (due to document processing delays, technical maintenance, etc.).

DPOR assumes no liability for any errors, omissions, or inaccuracies in the information provided or for any reliance on data provided online. While DPOR has attempted to ensure that the data contained herein are accurate and reflect the status of its regulants, DPOR makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability of this data. If discrepancies or errors are discovered, please inform DPOR so that appropriate action may be taken.

DPOR License Lookup build 1,467 (built 2023-02-27 11:28:50).

Exhibit A