UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

VIOREL DRAGHIA　　　　　　　　　*

　　　Plaintiff

v.　　　　　　　　　　　　　　　　*

PATRIOT CONSTRUCTION, LLC et al.　*

　　　Defendants　　　　　　　　*　　　CASE NO. 1:22-CV-03341-GLR

*******************************************************************

## [**PROPOSED**] ORDER

Upon consideration of Defendants Patriot Construction, LLC and The Hartford Casualty Insurance Company's Motion to Dismiss Plaintiff Viorel Draghia's Complaint, and the Response and Incorporated Memorandum of Law in Opposition thereto, it is this ____ day of _____, 2023, by the United States District Court for the District of Maryland hereby:

**ORDERED** that Defendants Patriot Construction, LLC and The Hartford Casualty Insurance Company's Motion to Dismiss Plaintiff Viorel Draghia's Complaint is hereby **DENIED**.

_____
District Judge, United States District Court for the District of Maryland