UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **VIOREL DRAGHIA**<br><br>*Plaintiff*,<br><br>v.<br><br>**HARTFORD CASUALTY INSURANCE COMPANY**<br><br>*Defendant.* | Case No. 1:22-cv-03341-GLR |

## ORDER

Upon consideration of Defendant Hartford Casualty Insurance Company's ("Hartford") Motion for Leave to Substitute Counsel ("Motion"), and for the reasons set forth therein, it is this __6th__ day of March 2024:

ORDERED that the Motion is hereby GRANTED, and the Clerk of Court is hereby directed to terminate representation of the following:

>Jennifer L. Harris
>Michael C. Zisa
>PECKAR & ABRAMSON, P.C.
>2055 L Street, Suite 750
>Washington, DC 20036
>Tel.: (202) 457-4038
>Email: jharris@pecklaw.com
>           mzisa@pecklaw.com

And to substitute the following as lead counsel to be noticed for Hartford:

>Jacob W. Scott (MD State Attorney No. 1806050014)
>SMITH, CURRIE & HANCOCK
>1921 Gallows Road, Suite 850
>Tysons, VA 22182
>Tel.: (703) 506-1990
>Fax: (703) 506-1140
>Email: jwscott@smithcurrie.com

1

SO ORDERED.

/s
_____
United States District Judge
George L. Russell, III